# EXHIBIT 1







Remote Control



Charger

Case 1:18-cv-00484-JGK   Document 1-1   Filed 01/18/18   Page 4 of 5


