# EXHIBIT 2













